UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DANNY VARELA,
    Defendant.
_____/

**ORDER ON MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION**

**THIS CAUSE** come before the court upon the Report and Recommendation of a United States Magistrate Judge as to defendant Danny Varela's motion to suppress statements, [DE 379], filed on June 2, 2008, and the Government's response thereto, filed June 26, 2008, [DE 396]. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The motion to suppress the statements is **granted**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __13th__ day of August, 2008.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA John S. Kastrenakes
Robert S. Gershman, Esq.

                                        *Daniel T. K. Hurley*
                                        Daniel T. K. Hurley
                                        United States District Judge