## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DANNY VARELA, et al.,

      Defendants.

_____/

## ORDER ADOPTING OCTOBER 2, 2008 REPORT AND RECOMMENDATION OF
## MAGISTRATE JUDGE AND DENYING DEFENDANTS' MOTIONS TO SUPPRESS

**THIS CAUSE** is before the court upon defendant Danny Varela's motion to suppress

evidence [DE # 345]; the adoption of that motion by defendants Liana Lee Lopez [DE # 409],

Ricardo Sanchez, Jr. [DE # 411], and Daniel Troya [DE # 414]; and the report and recommendation

of U.S. Magistrate Judge Ann E. Vitunac [DE # 481], entered October 2, 2008, recommending that

the defendants' motions be denied.  Defendants Varela and Troya filed objections to the magistrate

judge's report [DE # 486, 493].

Pursuant to 28 U.S.C. § 636(b)(1), the district judge "shall make a *de novo* determination of

those portions of the report or specified proposed findings or recommendations to which objection

is made.  A judge of the court may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge.  The judge may also receive further evidence or

recommit the matter to the magistrate judge with instructions."  28 U.S.C. § 636(b)(1).  The statute

requires that objections be filed within ten days of service of the report and recommendation.  *See*

28 U.S.C. § 636(b)(1).

Order Adopting Report and Recommendation
United States v. Varela et al.
Case No. 06-80171-CR-HURLEY/VITUNAC

After due consideration of the magistrate judge's report and the defendants' objections, it is

hereby **ORDERED** and **ADJUDGED** that:

1.  Defendants' objections [DE # 486, 493] are **OVERRULED**.

2.  The report and recommendation of the United States Magistrate Judge [DE # 481]

    is **ADOPTED** in its entirety and incorporated herein by reference.

3.  Defendants' motions to suppress evidence [DE # 345, 409, 411, 414] are **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 20 day of November,

2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
United States Magistrate Judge Ann E. Vitunac

2

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts