UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-CR-80171-BLOOM/Hunt

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANNY VARELA,

    Defendant.
_____/

### ORDER ON REPORT AND RECOMMENDATIONS ON MOTION FOR REDUCTION OF SENTENCE

**THIS CAUSE** is before the Court upon Defendant Danny Varela's Motion for Reduction of Sentence pursuant to § 3582(c)(1)(A)(i), ECF No. [1251]. On October 4, 2024, the Motion was referred to United States Magistrate Judge Patrick M. Hunt, ECF No. [1258]. On February 28, 2025, Judge Hunt issued a Report and Recommendation ("R&R"), ECF No. [1266], recommending that the Motion be denied. None of the Parties filed objections to the R&R.

"If a party fails to object to any portion of the magistrate judge's report, those portions are reviewed for clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)). The portions of the report and recommendation to which an objection is made are reviewed *de novo* only if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3); *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Nevertheless, the Court has reviewed the record and is fully advised. Upon review, the Court finds the R&R to be well reasoned and correct.

Case No. 06-CR-80171-BLOOM/Hunt

The Court therefore agrees with the analysis in the R&R and concludes that the Motion for Compassionate Release, ECF No. [1251], must be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [1266]**, is **ADOPTED**;

2. Defendant's Motion for Compassionate Release, **ECF No. [1251]**, is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 17, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**